STATE OF CONNECTICUT *v.* AARON L.

The defendant's petition for certification for appeal from the Appellate Court, 79 Conn. App. 397 (AC 22450), is granted, limited to the following issues:

"Did the Appellate Court properly conclude that: (1) there was sufficient evidence to allow the admission of a certain 1992 incident as uncharged misconduct; and (2) the statements of the defendant's two year old daughter to her mother were admissible under residual exceptions to the hearsay rule?"

The Supreme Court docket number is SC 17089.

*David T. Grudberg,* in support of the petition.

*Timothy J. Sugrue,* senior assistant state's attorney, in opposition.

Decided November 4, 2003

JAMES AZZARITO ET AL. *v.* PLANNING AND ZONING COMMISSION OF THE TOWN OF NEW CANAAN ET AL.

The petition by the defendant John A. Kessler for certification for appeal from the Appellate Court, 79 Conn. App. 614 (AC 22566), is denied.

*Robert A. Fuller,* in support of the petition.

*Robert F. Maslan, Jr.,* in opposition.

Decided November 4, 2003